Summons in a Civil Action (Rev 11/97)

FILED

07 NOV -8 PM 1:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PPV DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Chris Kohler,
PLAINTIFF,

vs

Arthur Sandoval Enterprises, Inc. dba McDonald's #5244; McDonald's Corporation; Robert D. Carroll, Trustee of the Gloria E. Carroll Trust UDT Dated June 1, 1995; Stanley G. Carroll; Gloria E. Carroll,
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2143 L (LSP)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane, Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV - 8 2007
DATE

P. DELA CRUZ

SEAL

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)