UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHRIS KOHLER,

Plaintiffs,

v.

ARTHUR SANDOVAL ENTERPRISES, INC. dba McDONALD'S #5244; McDONALD'S CORPORATION; ROBERT D. CARROLL, TRUSTEE of the GLORIA E. CARROLL TRUST UDT DATED JUNE 1, 1995; STANLEY G. CARROLL; GLORIA E. CARROLL

Defendants.

Case No. 07 CV 2143 L (LSP)

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING**

Good cause appearing, the parties' joint motion for extension of time is **GRANTED**. **IT IS HEREBY ORDERED** that Defendant McDonald's Corporation shall file a responsive pleading to Plaintiff's Complaint on or before December 27, 2007.

**IT IS SO ORDERED.**

Dated: December 6, 2007

M. James Lorenz,
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL