LYNN HUBBARD, III (CA SBN 69773)
SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, California 95926
Telephone: 530-895-3252
Facsimile: 530-894-8244

Attorneys for Plaintiff CHRIS KOHLER

RICK BERGSTROM (CA SBN 169594)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
RBergstrom@mofo.com

Attorneys for Defendant
MCDONALD'S CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR SANDOVAL ENTERPRISES, INC. dba McDONALD'S #5244; McDONALD'S CORPORATION; ROBERT D. CARROLL, TRUSTEE of the GLORIA E. CARROLL TRUST UDT DATED JUNE 1, 1995; STANLEY G. CARROLL; GLORIA E. CARROLL<br><br>Defendants. | Case No. 07 CV 2143 L (LSP)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

**PLEASE TAKE NOTICE** that plaintiff Chris Kohler ("plaintiff") and defendant McDonald's Corporation ("defendant"), hereby jointly move the Court for an order allowing defendant an extension of time in which to file a responsive pleading to plaintiffs' Complaint to and including January 17, 2008.

Said extension of time is supported by good cause in that the additional time will permit defendant to gather further evidence regarding plaintiffs' allegations.

Dated: December 21, 2007

LAW OFFICES OF LYNN HUBBARD

s/Lynn Hubbard, III
Attorneys for Plaintiff
Chris Kohler
E-mail: lhubbard@hubslaw.com

Dated: December 21, 2007

MORRISON & FOERSTER

s/Rick Bergstrom
Attorneys for Defendant
McDonald's Corporation
E-mail: Rbergstrom@mofo.com