LYNN HUBBARD, III (CA SBN 69773)
SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, California 95926
Telephone Number: (530) 895-3252
Facsimile Number: (530) 894-8244

Attorneys for Plaintiff CHRIS KOHLER

TODD R. GABRIEL (CA SBN 119750)
MELVIN E. MORRIS (CA SBN 114137)
SPARBER RUDOLPH ANNEN, APLC
701 "B" Street, Suite 1000
San Diego, California 92101-8109
Telephone Number: (619) 239-3600
Facsimile Number: (619) 239-5601
mmorris@sparberlaw.com

Attorneys for Defendants
ROBERT D. CARROLL, TRUSTEE
and GLORIA E. CARROLL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

CHRIS KOHLER,

Plaintiff,

vs.

ARTHUR SANDOVAL ENTERPRISES, INC. dba McDONALD'S #5244; McDONALD'S CORPORATION; ROBERT D. CARROLL, TRUSTEE of the GLORIA E. CARROLL TRUST UDT DATED JUNE 1, 1995; STANLEY G. CARROLL; GLORIA E. CARROLL,

Defendants.

Case No. 07 CV 2143 L (LSP)

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS ROBERT D. CARROLL, TRUSTEE, AND GLORIA E. CARROLL TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE** that plaintiff Chris Kohler ("plaintiff") and defendants Robert D. Carroll, Trustee of the Gloria E. Carroll Trust UDT Dated June 1, 1995, and Gloria E. Carroll ("defendants"), hereby jointly move the Court for an order allowing defendants an extension of time in which to file a responsive pleading to plaintiff's Complaint to and including January 25, 2008.

Said extension of time is supported by good cause in that the additional time will permit defendants to further investigate plaintiff's allegations, and for settlement negotiations to continue aimed at a quick settlement of plaintiff's Complaint.

LAW OFFICES OF LYNN HUBBARD

Dated: January 2, 2008

s/ Lynn Hubbard, III
Attorneys for Plaintiff
Chris Kohler
E-mail: lhubbard@hubslaw.com

SPARBER RUDOLPH ANNEN, APLC

Dated: January 2, 2008

s/ Melvin E. Morris
Attorneys for Defendants
Robert D. Carroll, Trustee,
and Gloria E. Carroll
E-mail: mmorris@sparberlaw.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS KOHLER,<br>Plaintiff,<br>vs.<br>ARTHUR SANDOVAL ENTERPRISES, INC. dba McDONALD'S #5244; McDONALD'S CORPORATION; ROBERT D. CARROLL, TRUSTEE of the GLORIA E. CARROLL TRUST UDT DATED JUNE 1, 1995; STANLEY G. CARROLL; GLORIA E. CARROLL,<br>Defendants. | Case No. 07 CV 2143 L (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS ROBERT D. CARROLL, TRUSTEE, AND GLORIA E. CARROLL TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

Good cause appearing, the parties' joint motion for extension of time is **GRANTED. IT IS HEREBY ORDERED** that Defendants Robert D. Carroll, Trustee, and Gloria E. Carroll shall file a responsive pleading to Plaintiff's Complaint on or before January 25, 2008.

**IT IS SO ORDERED.**

Dated: January ___, 2008

M. James Lorenz,
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

TODD R. GABRIEL (CA SBN 119750)
MELVIN E. MORRIS (CA SBN 114137)
SPARBER RUDOLPH ANNEN, APLC
701 "B" Street, Suite 1000
San Diego, California 92101-8109
Telephone Number: (619) 239-3600
Facsimile Number: (619) 239-5601
mmorris@sparberlaw.com

Attorneys for Defendants
ROBERT D. CARROLL, TRUSTEE
and GLORIA E. CARROLL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS KOHLER,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR SANDOVAL ENTERPRISES, INC. dba McDONALD'S #5244; McDONALD'S CORPORATION; ROBERT D. CARROLL, TRUSTEE of the GLORIA E. CARROLL TRUST UDT DATED JUNE 1, 1995; STANLEY G. CARROLL; GLORIA E. CARROLL,<br><br>Defendants. | Case No. 07 CV 2143 L (LSP)<br><br>**DECLARATION OF SERVICE** |

The undersigned declares as follows:

I am employed with Sparber Rudolph Annen, APLC, whose address is 701 "B"Street, Suite 1000, San Diego, California 92101. I am over the age of eighteen and not a party to this action.

On the date shown below, I served the following document(s):

1. **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS ROBERT D. CARROLL, TRUSTEE, AND GLORIA E. CARROLL TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT;**
2. **[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF TIME;**
3. **DECLARATION OF SERVICE.**

( √ ) **BY ELECTRONIC FILING AND MAIL:** Documents were served by electronic mail pursuant to United States District Court Southern District of California Electronic Case Filing Administrative Policies and Procedures to the electronic mail addresses indicated on the attached service list.

Case Name: *Kohler v. Arthur Sandoval Enterprises, Inc. dba McDonald's #5244*
Case No: 07 CV 2143 L (LSP)
Court: United States District Court - Southern District of California

---

( ) **BY FIRST CLASS MAIL:** I declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business; and that a true copy was placed in a separate envelope, with postage thereon fully prepaid for first class mailing to each addressee named hereafter:

( ) **BY FACSIMILE:** I declare that I served the above named documents by facsimile transmission during usual office hours **from facsimile number (619) 239-5601**, to a facsimile machine maintained by the person on whom it is served listed below, and that the transmission was reported as complete and without error. Thereafter, I mailed (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

( ) **BY E-MAIL:** I declare that I served the above named documents by e-mail transmission during usual office hours to an e-mail address maintained by the person on whom it is served listed below, and that the e-mail transmission was reported as complete and without error. Thereafter, I mailed (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

( ) **BY PERSONAL SERVICE**: A true copy of the above documents in a sealed envelope clearly labeled to identify the attorney for the party being served, and personally delivered such envelope by hand by leaving a copy with the receptionist or other person in charge at the office of each addressee named hereafter by:

( ) **BY EXPRESS SERVICE CARRIER FOR OVERNIGHT MAIL:** I declare that by means of delivery providing for overnight delivery, I deposited a true copy of the above documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, to each addressee named hereafter:

( √ ) **FEDERAL**: I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed **January 3, 2008,** at San Diego, California.

s/ Linda S. Green
Linda S. Green

Case Name: *Kohler v. Arthur Sandoval Enterprises, Inc. dba McDonald's #5244*
Case No: 07 CV 2143 L (LSP)
Court: United States District Court - Southern District of California

---

**SERVICE LIST:**

Lynn Hubbard, III, Esq.
Scottlynn J. Hubbard, IV, Esq.
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Facsimile No.: (530) 894-8244
lhubbard@husbslaw.com
Attorneys for Plaintiff Chris Kohler
***VIA ELECTRONIC FILING***

Rick Bergstrom, Esq.
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 1000
San Diego, CA 92130-2040
Facsimile No.: (858) 720-5125
rbergstrom@mofo.com
Attorneys for Defendant McDonald's Corporation
***VIA ELECTRONIC FILING***