UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR SANDOVAL ENTERPRISES, INC. dba McDONALD'S #5244; McDONALD'S CORPORATION; ROBERT D. CARROLL, TRUSTEE of the GLORIA E. CARROLL TRUST UDT DATED JUNE 1, 1995; STANLEY G. CARROLL; GLORIA E. CARROLL<br><br>Defendants. | Case No. 07 CV 2143 L (LSP)<br><br>**ORDER GRANTING IN PART JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING** |

This is the parties' second request to extend the time for Defendant McDonald's Corporation ("McDonald's") to file a responsive pleading to Plaintiff's Complaint. On December 6, 2007, the court granted the parties' initial request to extend the time until December 27, 2007 based on the parties' representation that McDonald's needed additional time to gather evidence regarding Plaintiff's allegations. The parties' present motion states the same ground without an explanation why the initial extension of time was insufficient to accomplish its purpose.

Federal Rule of Civil Procedure 6(b) and Civil Local Rule 12.1 require a showing of good cause to extend the time to respond to the complaint. The court finds the parties have made a good cause showing only for a short extension of time. Accordingly, the parties' joint motion for extension of time is **GRANTED IN PART**. **IT IS HEREBY ORDERED** that Defendant

McDonald's Corporation shall file a responsive pleading to Plaintiff's Complaint no later than **January 8, 2008.**

**IT IS SO ORDERED.**

Dated: January 4, 2008

M. James Lorenz,
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL