JAN-03-2008 10:04 FROM:LYNN HUBBARD 5308948244 TO:16192395601 P.2/3
01/02/2008 WED 15:27 FAX 619 2395601 004/004

FILED

08 JAN -4 PM

CLERK, U.S. ...
SOUTHERN DISTR...

BY: 9 ... DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR SANDOVAL ENTERPRISES, INC. dba McDONALD'S #5244; McDONALD'S CORPORATION; ROBERT D. CARROLL, TRUSTEE of the GLORIA E. CARROLL TRUST UDT DATED JUNE 1, 1995; STANLEY G. CARROLL; GLORIA E. CARROLL,<br><br>Defendants. | Case No. 07 CV 2143 L (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS ROBERT D. CARROLL, TRUSTEE, AND GLORIA E. CARROLL TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

Good cause appearing, the parties' joint motion for extension of time is **GRANTED. IT IS HEREBY ORDERED** that Defendants Robert D. Carroll, Trustee, and Gloria E. Carroll shall file a responsive pleading to Plaintiff's Complaint on or before January 25, 2008.

**IT IS SO ORDERED.**

Dated: January 4, 2008

M. James Lorenz,
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL



JAN-02-2008 04:28PM FAX:619 2395601 ID:LYNN HUBBARD PAGE:004 R=92%