LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN, 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHRIS KOHLER,

Plaintiff,

v.

ARTHUR SANDOVAL ENTERPRISES, INC., et al.,

Defendants.

_______________________________________/

Case No. 07cv2143 L (LSP)

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE COURT AND ALL PARTIES:

Plaintiff, CHRIS KOHLER, hereby requests that purusant to FRCP 41 (a)(1), the Court dismiss the above entitled action, without prejudice, **as to defendant STANLEY G. CARROLL *only***, with each party to bear their own fees and costs.

Nothing in this request shall be construed to affect plaintiff's complaint and claims in the above referenced case against defendants other than defendant STANLEY G. CARROLL.

Dated: January 9, 2008

LAW OFFICES OF LYNN HUBBARD

/s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff