Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Kohler,<br><br>Plaintiff,<br><br>vs.<br><br>Arthur Sandoval Enterprises, Inc. dba McDonald's #5244, et al.,<br><br>Defendant. | Case No. 07cv2143 L (LSP)<br><br>**Notice of Settlement** |

NOTICE IS HEREBY GIVEN that, pursuant to Local Rule 16-160, the aforementioned matter known as Kohler v. Arthur Sandoval Enterprises, Inc., et al., Case No. 07cv2143 L (LSP), has been resolved. The parties anticipate filing a request for dismissal within three weeks.

Dated: January 15, 2008 LAW OFFICES OF LYNN HUBBARD

/s/ Lynn Hubbard, Esquire /
LYNN HUBBARD, III
Attorney for Plaintiff