LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

RICHARD BERGSTROM, SBN 169594
MORRISON & FOERSTER
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone: (858) 720-5100
Fax: (858) 720-51525

Attorney for Defendant McDonald's Corp.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHRIS KOHLER,

Plaintiff,

v.

ARTHUR SANDOVAL ENTERPRISES, INC. dba McDONALD'S #5244, et al.,

Defendants.
_____________________________________/

Case No. 07cv2143 L (LSP)

**JOINT MOTION FOR DISMISSAL**

PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby jointly requested, by plaintiff, CHRIS KOHLER, and defendant, McDONALD'S CORP., that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41.

The dismissal with prejudice shall dismiss the action in its entirety.

Dated: January 29, 2008

DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: January 29, 2008

MORRISON & FOERSTER

*/s/ Richard Bergstrom*
RICHARD BERGSTROM
Attorney for Defendant McDonald's Corp.