UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| CHRIS KOHLER,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR SANDOVAL ENTERPRISES, INC., et al.<br><br>Defendants. | Case No. 07cv2143 L (LSP)<br><br>**ORDER AND JUDGMENT RE: JOINT MOTION FOR DISMISSAL** |

Having read the parties' Joint Motion, and good cause appearing therefor, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice.

Dated: February 22, 2008

Judge of the District Court